# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1028
LT Case No. 16-2013-CF-002913-A

———————————————

DARRYL E. GORDON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
L. E. Hutton, Judge.

Darryl E. Gordon, Madison, pro se.

No Appearance for Appellee.

July 16, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____